In re Keys, Terry; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Jackson, 2nd Judicial District Court Div. B, No. 32,412; to the Court of Appeal, Second Circuit, No. 44,288-KH.
Denied. Untimely, not cognizable on collateral review, and repetitive. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2380 (La.9/5/95), 660 So.2d 1189; La. C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172; cf. La.C.Cr.P. art. 930.4(D).